IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT GENE ROSS,

    Plaintiff,

v.                                                                                  CIV 09-0085 MV/GBW

AL GRANT, Sgt. at Metropolitan
Detention Center,

    Defendant.

### ORDER ADOPTING MAGISTRATE JUDGE'S
### PROPOSED FINDINGS AND RECOMMENDATION

The Magistrate Judge filed his Proposed Findings and Recommendation on February 22, 2010. *Doc. 27.* The Court mailed the proposed findings via the United States Postal Service to the address Plaintiff had provided the Court, but they were returned as undeliverable. *Doc. 29.* This fact supports the Magistrate Judge's conclusion that Plaintiff has failed to keep his address current with the Court, and has thus shown a lack of interest in litigating his claims. The proposed findings notify Plaintiff of his ability to file objections and that failure to do so within the required time frame waives appellate review. *Doc. 27* at 3. Unsurprisingly, Plaintiff has not filed any objections.

    Wherefore,

IT IS HEREBY ORDERED that the Magistrate Judge's Proposed Findings and Recommendation (*Doc. 27*) is ADOPTED and Plaintiff's claims are DISMISSED WITHOUT PREJUDICE.

DATED this 31st day of March, 2010.

_____
MARTHA VAZQUEZ
Chief United States District Judge